UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV 15-00369-CJC(RNBx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND CLAIMANT AMY GAGNIER** |
| v. | |
| $434,750.00 IN U.S. CURRENCY, | [This Consent Judgment Of Forfeiture Is Not Dispositive Of This Entire Action] |
| Defendant. | |
| RANDY GAGNIER and AMY GAGNIER, | |
| Claimants. | |

On or about March 6, 2015, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the

1  defendant $434,750.00 in U.S. Currency (the "defendant
2  currency") is subject to forfeiture pursuant to 18 U.S.C.
3  § 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6).
4      On or about May 15, 2015, claimant Randy Gagnier and
5  claimant Amy Gagnier filed their respective claims to the
6  defendant currency.
7      No other parties have appeared in this case and the time
8  for filing claims and answers has expired.
9      The government and claimant Amy Gagnier have now agreed to
10 settle this action relative to the disputes between them and to
11 avoid further litigation by entering into this Consent Judgment
12 of Forfeiture.
13     The Court, having been duly advised of and having
14 considered the matter, and based upon the mutual consent of the
15 parties hereto,
16     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
17     1.   As between the United States of America and claimant
18 Amy Gagnier, this Court has jurisdiction over the subject matter
19 of this action and the parties to this Consent Judgment of
20 Forfeiture.
21     2.   As between the United States of America and claimant
22 Amy Gagnier, the Complaint for Forfeiture states a claim for
23 relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C.
24 § 881(a)(6).
25     3.   Notice of this action has been given as required by
26 law. No appearances have been made in the litigation by any
27 person other than claimant Randy Gagnier and claimant Amy
28 Gagnier. The Court deems that all other potential claimants,

except for claimant Randy Gagnier, admit the allegations of the Complaint for Forfeiture to be true.

4.   Claimant Amy Gagnier's interests in the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of claimant Amy Gagnier's interests in the defendant currency in accordance with law.

5.   Claimant Amy Gagnier hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which claimant Amy Gagnier hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant Amy Gagnier, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   As between the United States of America and claimant Amy Gagnier, the Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America and claimant Amy Gagnier.

3

7.   The Court further funds that claimant Amy Gagnier did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

8.   The United States of America and claimant Amy Gagnier consent to this judgment and waive any right to appeal this judgment.

Dated: <u>February 23, 2018</u>

                                           THE HONORABLE CORMAC J. CARNEY
                                           UNITED STATES DISTRICT JUDGE